**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramon SANCHEZ, also known as Miguel Velasquez, Defendant–Appellant.**

No. 14–10010
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2015.

James Wesley Hendrix, Phelesa M. Guy, Assistant U.S. Attorneys, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Christopher Michael McCaffrey, Law Offices of Christopher McCaffrey, Dallas, TX, for Defendant–Appellant.

Ramon Sanchez, Eden, TX, pro se.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ramon Sanchez has moved for leave to withdraw and has filed a brief and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Sanchez has not filed responses to counsel's briefs. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.